This is to advise that on August 20, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-126

In action

Ct. No. 98-08-02658

Firoze A. Fakhri
D.B.A. International Trading Co.,
(Plaintiff,)

v.

United States,
(Defendant,)